# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.4
### Eastern Division

Lois Marie Jones

                    Plaintiff,

v.                                             Case No.: 1:05−cv−00748
                                                    Honorable David H. Coar

Syntex, Lab., Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 26, 2005:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 5/26/2005 regarding motion for reconsideration[48]. For the reasons stated on the record, Plaintiff'sMotion to reconsider the order entered on April 27, 2005 [48] is denied.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.