Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 C 748 | DATE | 6/9/2005 |
| CASE TITLE | Lois Marie Jones vs. Syntex, Lab, Inc., et al | | |

**DOCKET ENTRY TEXT:**

Motion hearing held. For the reasons stated on the record, the Plaintiff's Motion [50] for Clarification of the Court's Order of 5-26-05 is granted in part. The order of 5/26/2005 stated that the case was dismissed with prejudice. That order is clarified to make clear that it dismissed with prejudice as to the lack of federal jurisdiction based upon the facts alleged. It is without prejudice to the Plaintiff's rights to file in some other appropriate forum.

Docketing to mail notices.

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|